*In re* Constitución de Sala Especial de Verano.

*Número:* ———————   *Resuelto:* 2 de agosto de 1994

## RESOLUCIÓN

Debido a la ausencia temporal de Puerto Rico del Juez Asociado del Tribunal Supremo de Puerto Rico, Señor Jaime B. Fuster Berlingeri, se crea una Sala Especial de Verano, que funcionará del 2 al 12 de agosto de 1994, compuesta por el Juez Asociado Señor Rebollo López, como su Presidente, y los Jueces Asociados Señora Naveira de Rodón y Señor Alonso Alonso.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco Rebollo López
*Juez Asociado*

Certifico:

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*